the things to be considered by the court in determining whether or not there has been an abuse of discretion, and if upon the trial anew in the district court evidence is produced which shows that the board did not properly exercise its discretion and that its order was against what was reasonable in the premises, then it would seem to be the logical and sensible thing to do to have the order reversed and allow the board to make the right kind of investigation, with sufficient information before it, in order to act intelligently, or affirm the judgment of the district court.

(July 29, 1926.)

ESTELLA S. MULLINER, W. T. WADE, G. H. TELFORD, J. J. HAYBALL, GUSSIE M. LUNDBURG, H. R. KIRKHAM, NILS HOFF, L. M. MILLER, J. A. COY, and HYRUM SEVERSON, Respondents, v. BOARD OF COMMISSIONERS OF BONNEVILLE COUNTY, IDAHO, Appellant.

[248 Pac. 468.]

APPEAL from the District Court of the Ninth Judicial District, for Bonneville County. Hon. Ralph W. Adair, Judge.

Judgment fixing salaries of county officers. *Reversed.*

Otto E. McCutcheon and A. D. Erickson for Appellant.

Harry Holden, C. E. Crowley and E. M. Holden for Respondent.

WM. E. LEE, J.—This appeal was heard with that of *Criddle v. Board of Commissioners, ante,* p. 811, 248 Pac.

465, and on the authority of the decision of that cause, the judgment is reversed. Costs to appellant.

William A. Lee, C. J., and Givens and Taylor, JJ., concur.

Mr. Justice Budge's views will be found in *Criddle v. Board of Commissioners, ante,* p. 811, 248 Pac. 465.

---

(July 29, 1926.)

JESSE H. NIELSON, O. C. CHAPLIN, J. P. BLAIR, GEO. W. TALBOT, J. C. FOWLER, JOS. MORLEY, A. H. BEASLEY, DAVID SMITH, L. J. NIELSON, and G. W. JENSEN, Respondents, v. BOARD OF COMMISSIONERS OF BONNEVILLE COUNTY, IDAHO, Appellant.

[248 Pac. 468.]

APPEAL from the district court of the Ninth Judicial district, for Bonneville County. Hon. Ralph W. Adair, Judge.

Judgment fixing salaries of county officers. *Reversed.*

Otto E. McCutcheon and A. D. Erickson for Appellant.

Harry Holden, C. E. Crowley and E. M. Holden for Respondent.

WM. E. LEE, J.—This appeal was heard with that of *Criddle v. Board of Commissioners, ante,* p. 811, 248 Pac. 465, and on the authority of the decision of that cause, the judgment is reversed. Costs to appellant.

William A. Lee, C. J., and Givens and Taylor, JJ., concur.

Mr. Justice Budge's views will be found in *Criddle v. Board of Commissioners, ante,* p. 811, 248 Pac. 465.